NUMBERS 13-01-323-CR, 13-01-324-CR, and 13-01-325-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


PATRICIA ANN BRYANT , Appellant,


v.


THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 319th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, PATRICIA ANN BRYANT , perfected appeals from judgments entered by the 319th District Court of Nueces
County, Texas, in cause numbers 95-CR-0050-G, 96-CR-0444-G, and 96-CR-0904-G . Appellant has filed a motion to
dismiss the appeals. The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion should be granted. Appellant's motion to dismiss the appeals is granted, and the appeals are hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 9th day of August, 2001 .